George Haines, Esq.　　　　　　　　　　　　　　　　　　　E-FILED: June 25, 2009
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Semise M. Olive and Heidi A. Olive

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | ) Case No. BKS-09-14286 |
| --- | --- |
|  | ) Chapter 13 |
| **Semise M. Olive and Heidi A. Olive**, | ) Hearing Date:   June 30, 2009 |
|  | ) Hearing Time:  10:30 A.M. |
| Debtor(s). | ) |

### DEBTORS' OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COME NOW, Semise M. Olive and Heidi A. Olive, by and through attorney, George Haines, Esq., of the LAW OFFICES OF HAINES & KRIEGER, LLC, and in response to **WELLS FARGO BANK, N.A.** ("Creditor")'s Motion For Relief From Automatic Stay states as follows:

　　1.　　On March 25, 2009, Debtors filed the current Chapter 13 Petition in Bankruptcy with the Court.

　　2.　　Debtors' Plan provides that Debtors would continue to make direct payments to Creditor, while under the protection of the automatic stay of the Bankruptcy Court, as well as provide for all pre-petition arrears through the Debtors' Chapter 13 plan.

- 2 -

  3.  After the Debtors' Petition in Bankruptcy was filed, Debtors made a $10,600.00 payment to their Chapter 13 Trustee. Debtors accidentally submitted their trustee payments as well as their mortgage payments directly to the Trustee.

  4.  The Law Offices of Haines and Krieger is working with the Trustee's office in order to get the payments that should have been applied to Debtors' mortgage account to be distributed directly to the Creditor.

  5.  On or about June 04, 2009, Creditor filed a Motion for Relief from the Automatic Stay.

  6.  Debtors believe that the asset securing WELLS FARGO BANK, N.A.'s claim is necessary to the Debtors' effective reorganization.

  7.  Accordingly, Debtors requests Creditor's motion be continued until an arrangement is made between the Debtors, the Trustee and the Creditor to distribute the funds from the Trustee to the Creditor for the mortgage payments.

  Dated: June 25, 2009

                  <u>/s/ David Krieger, Esq.</u>
                  **Attorney for Debtors(s)**

- 3 -

**CERTIFICATE OF MAILING RE:**
**DEBTORS' OPPOSITION TO MOTION FOR**
**RELIEF FROM AUTOMATIC STAY**

I hereby certify that on June 25, 2009, I mailed a true and correct copy, first class mail, postage prepaid, of the above listed document to the following:

/s/George Haines Esq.
Attorney for Debtors

Gregory L. Wilde
Wilde & Associates
208 South Jones Blvd
Las Vegas, NV 89107