| PRINT INQUIRY | | | Close Window | | | Click Here to Print this Page | |
|---|---|---|---|---|---|---|---|
| 09-14286-LBR | SEMISI M OLIVE (xxx-xx-0033) | | PO BOX 7224 • • BUNKERVILLE • NV • 89007 | | $737.00 MO | Bar Date(s): | 8/10/2009  9/21/2009 |
| | HEIDI A OLIVE (xxx-xx-9711) | | | | | Confirmed: | Not Confirmed |
| | Trustee: Kathleen A. Leavitt | | Attorney: HAINES & KRIEGER L.L.C. | | | Case Status: | ACTIVE |

**Debtor Pay Schedules**

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 4/24/2009 | end of plan | $737.00 | MONTHLY | SEMISI M OLIVE | 4/3/2009 | |

**Forgive Information**

| Date | Amount | Description |
|---|---|---|

Payments Expected for Step 1:

| Period | Start Date | End Date | Payment Amount Expected | Total |
|---|---|---|---|---|
| 1 | 4/24/2009 | 5/23/2009 | $737.00 | $737.00 |
| 2 | 5/24/2009 | 6/23/2009 | $737.00 | $1,474.00 |
| 3 | 6/24/2009 | 7/23/2009 | $737.00 | $2,211.00 |
| 4 | 7/24/2009 | 8/23/2009 | $737.00 | $2,948.00 |
| 5 | 8/24/2009 | 9/23/2009 | $737.00 | $3,685.00 |
| 6 | 9/24/2009 | 10/23/2009 | $737.00 | $4,422.00 |
| 7 | 10/24/2009 | 11/23/2009 | $737.00 | $5,159.00 |
| 8 | 11/24/2009 | 12/23/2009 | $737.00 | $5,896.00 |
| 9 | 12/24/2009 | 1/23/2010 | $737.00 | $6,633.00 |
| 10 | 1/24/2010 | 2/23/2010 | $737.00 | $7,370.00 |
| 11 | 2/24/2010 | 3/23/2010 | $737.00 | $8,107.00 |
| 12 | 3/24/2010 | 4/23/2010 | $737.00 | $8,844.00 |
| 13 | 4/24/2010 | 5/23/2010 | $737.00 | $9,581.00 |
| 14 | 5/24/2010 | 6/23/2010 | $737.00 | $10,318.00 |
| 15 | 6/24/2010 | 7/23/2010 | $737.00 | $11,055.00 |
| 16 | 7/24/2010 | 8/23/2010 | $737.00 | $11,792.00 |
| 17 | 8/24/2010 | 9/23/2010 | $737.00 | $12,529.00 |
| 18 | 9/24/2010 | 10/23/2010 | $737.00 | $13,266.00 |
| 19 | 10/24/2010 | 11/23/2010 | $737.00 | $14,003.00 |
| 20 | 11/24/2010 | 12/23/2010 | $737.00 | $14,740.00 |
| 21 | 12/24/2010 | 1/23/2011 | $737.00 | $15,477.00 |
| 22 | 1/24/2011 | 2/23/2011 | $737.00 | $16,214.00 |
| 23 | 2/24/2011 | 3/23/2011 | $737.00 | $16,951.00 |
| 24 | 3/24/2011 | 4/23/2011 | $737.00 | $17,688.00 |
| 25 | 4/24/2011 | 5/23/2011 | $737.00 | $18,425.00 |
| 26 | 5/24/2011 | 6/23/2011 | $737.00 | $19,162.00 |
| Total | | | | $19,162.00 |

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 4/2009 | $737.00 | | | $737.00 |
| 2 | 5/2009 | $737.00 | $10,600.00 | | ($9,126.00) |
| 3 | 6/2009 | $737.00 | | | ($8,389.00) |

**Total Delinquent Amount: ($8,389.00)**



Payments Expected vs Payments Received

Case 09-14286-lbr    Doc 36    Entered 06/25/09 16:10:15    Page 2 of 2

